**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**ERNESTO MENDOZA CONTRERAS,**
**#68694-112,**

      **Petitioner,**

**v.**                                          **CIVIL ACTION NO. 2:25cv574**

**WARDEN,**
**Petersburg Low FCI,**

      **Respondent.**

## FINAL ORDER

This matter was initiated by petition for a writ of habeas corpus under 28 U.S.C. § 2241

submitted by *pro se* Petitioner Ernesto Mendoza Contreras ("Petitioner" or "Contreras").  Pet., ECF

No. 1. Contreras alleges that as a result of the presence of an immigration detainer, the Bureau of

Prisons failed to apply time credits he earned under the First Step Act ("FSA") towards transfer to a

halfway house or home confinement. *Id.*

The matter was referred to a United States Magistrate Judge for report and recommendation

pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Local Civil Rule 72 of the Rules

of the United States District Court for the Eastern District of Virginia. The Magistrate Judge's

Report and Recommendation filed May 19, 2026, recommends granting Respondent's Motion for

Summary Judgment and dismissing the petition with prejudice, as Contreras's final order of removal

renders him ineligible to apply the FSA credits at issue.  R&R, ECF No. 13. The Report and

Recommendation advised each party of his right to object and the time limit for doing so.  *Id.* at 10–

11. The Court has received no objections, and the time for filing objections has now expired.

Accordingly, the Court does hereby accept the findings and recommendations set forth in the Report and Recommendation filed May 19, 2026 (ECF No. 13), and it is therefore **ORDERED** that Respondent's Motion for Summary Judgment (ECF No. 6) be **GRANTED**, and that Contreras' petition be **DENIED** and **DISMISSED with prejudice**.

**If Petitioner intends to appeal this Final Order, he must within sixty (60) days from the date of this Order file a written notice of appeal with the Clerk of the United States District Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510.  Frayer v. Warden, FCI Beckley, No. 23-6054, 2023 WL 3268719, at \*1 (4th Cir. May 5, 2023) ("When the United States or its officer or agency is a party in a civil case, the notice of appeal must be filed no more than 60 days after the entry of the district court's final judgment or order.").**

The Clerk shall mail a copy of this Final Order to Petitioner and provide an electronic copy to counsel of record for Respondent.

/s/
ARENDA L. WRIGHT ALLEN
SENIOR UNITED STATES DISTRICT JUDGE

June 15, 2026
Norfolk, Virginia

2